COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Cause number: 01-17-00068-CV

Style: G. R. Auto Care

v. NCI Group, Inc.

Date motion filed: September 11, 2017

Type of motion: Motion to Strike Appellants' Reply Brief

Party filing motion: Appellee

Document to be filed:

If motion to extend time:
  Original due date:
  Number of previous extensions granted:      Current Due date:
  Date Requested:

Ordered that motion is:

☐ Granted

  If document is to be filed, document due:

  ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

☑ Denied

☐ Dismissed as moot

☐ Other: _____

Judge's signature: /s/ Terry Jennings
            ☑ Acting individually        ☐ Acting for the Court

Date: September 26, 2017